UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEISHA C. RUFFIN, | ) | CASE NO. 5:21CV1294 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF | ) | ORDER |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.**:

On July 6, 2021, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. §§ 405(g) and 1383(c)(3). (Doc. 1). The Court referred this matter to Magistrate Judge Jonathan D. Greenberg pursuant to Local Rule 72.2. (Non-Doc. Entry, 7/6/2021). On April 14, 2022, the Magistrate Judge recommended that the Court vacate the Commissioner's final decision and remand the matter for further consideration. (Doc. 11). On April 28, 2022, Defendant Commissioner filed a brief response indicting that she "will not be filing objections to this Honorable Court's Report and Recommended Decision." (Doc. 12).

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. Fed. R. Civ. P. 72(b). Plaintiff has indicated that she will not be filing an objection. Therefore, the Court assumes that Plaintiff is satisfied with the Magistrate Judge's Recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's resources. *Thomas v. Arn*, 728 F.2d

813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Greenberg's Report and Recommendation is **ADOPTED**, the Commissioner's decision is **VACATED** and the matter is **REMANDED** for further consideration consistent with Magistrate Judge Greenberg's Report and Recommendation.

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: May 3, 2022**